AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LM INSURANCE CORPORATION,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-11

HALLELUYAH RESTORATION, LLC,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on January 10, 2025, judgment against defendant totals $ 721,678.00. All writs and processes necessary or appropriate for the enforcement or collection of this Final Default Judgment or the costs of court may be issued as necessary. This civil action stands closed.

Approved by: _____

January 30, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020